**IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE**

**AT NASHVILLE**

**FEBRUARY 1998 SESSION**

**FILED**

**July 2, 1998**

**Cecil W. Crowson**
**Appellate Court Clerk**

| | | |
|---|---|---|
| **STATE OF TENNESSEE** | ) | NO. 01C01-9703-CR-00094 |
| | ) | |
| Appellee | ) | |
| | ) | PICKETT COUNTY |
| v. | ) | |
| | ) | HON. JOHN A. TURNBULL |
| **DAVID L. HATHAWAY** | ) | |
| | ) | (D.U.I.) |
| Appellant. | ) | |
| | ) | |

**CONCURRING OPINION**

I concur in the result reached by Judge Barker in his thorough opinion. Having concurred with Judge Wade in his opinion in State v. Jerry Wayne Edison, No. 03C01-9605-CC-00199 (Tenn. Crim. App., Knoxville, June 18, 1997) that an abuse of discretion standard applies to this court's review of the trial court's ruling on the admissibility of intoximeter results, I write separately to indicate that I favor the Edison standard of review as opposed to the standard of preponderance of the evidence to which Judge Barker adheres in this case. I agree that the trial court's decision would be affirmed under either standard of review.

_____
CURWOOD WITT